DWB:hcs
AO 91 (Rev. 11/11) Criminal Complaint

2025R00172

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JUSTIN DAVID EICHORN

Case No. 25-mj-142 (SGE)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. In or about March 2025, in the State and District of Minnesota, JUSTIN DAVID EICHORN knowingly used the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and/or that EICHORN attempted to do so, all in violation of 18 U.S.C. § 2422(b).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Complainant's signature

Special Agent Matthew Vogel
Federal Bureau of Investigation
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: .March 19, 2025

_____
Judge's Signature

City and State: ST. PAUL, MN

The Honorable Shannon G. Elkins
United States Magistrate Judge
Printed Name and Title