DWB:hcs
AO 442 (Rev. 11/11) Arrest Warrant                                                                 2025R00172

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25-mj-142 (SGE) |
| v. | |
| JUSTIN DAVID EICHORN | |

## AMENDED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _Justin David Eichorn_,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  _X_ Complaint
___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of the Court

   In or about March 2025, in the State and District of Minnesota, JUSTIN DAVID EICHORN knowingly used the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and/or that EICHORN attempted to do so, all in violation of 18 U.S.C. § 2422(b).

Date: March 19, 2025

_Issuing officer's signature_

City and State: ST. PAUL, MN

The Honorable Shannon G. Elkins
United States Magistrate Judge
_Printed Name and Title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_