IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          25-mj-142 SGE |
| | ) | Date:             March 20, 2025 |
| Justin David Eichorn, | ) | Courthouse:       St. Paul |
| | ) | Courtroom:        Devitt Courtroom |
| Defendant, | ) | Time Commenced:   1:39 p.m. |
| | | Time Concluded:   1:51 p.m. |
| | | Time in Court:    12 minutes |

APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Aaron Morrison for the purpose of today's hearing, Assistant Federal Public Defender
    X FPD

Date Charges Filed: 3/19/2025    Offense: Knowingly used the mail or any facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity in violation of 18:2422(b).

X Advised of Rights

on    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date Wednesday, March 26, 2025 at 10:15 a.m. before U.S. Magistrate Judge Shannon G. Elkins in Devitt Courtroom (STP) for:
    X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
-Defendant will remain in the custody of the USM until a halfway house is available.

                                                             s/*ALN*_____
                                                       Signature of Courtroom Deputy