UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 25-mj-142 (SGE)

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**NOTICE OF APPEARANCE**

JUSTIN DAVID EICHORN,

       Defendant.

_____

       PLEASE TAKE NOTICE THAT Charles L. Hawkins and Arthur J. Waldon hereby enter their appearance as counsel of record for and on behalf of Defendant Justin David Eichorn.

Dated: March 23, 2025                Respectfully submitted,

                                        *s/Charles L. Hawkins*
                                        Charles L. Hawkins
                                        Attorney ID # 124369
                                        150 S. Fifth Street, Ste. 2860
                                        Minneapolis, MN 55402
                                        Tel: (612) 339-6921
                                        Fax: (612) 333-5015
                                        Email: clhcrimlaw@yahoo.com

                                        *s/Arthur J. Waldon*
                                        Arthur J. Waldon
                                        Attorney ID # 0397729
                                        P.O. Box 1242
                                        Lakeville, MN 55044
                                        (612) 719-0625
                                        arthur@waldonlawmn.com

                                        *Attorney for Defendant Eichorn*