IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: SHANNON G. ELKINS |
| | U.S. Magistrate Judge |
| v. | |
| Justin David Eichorn, | Case No:  25-mj-142 SGE |
| | Date:  March 26, 2025 |
| | Court Reporter:  Nancy Meyer |
| | Courthouse:  St. Paul |
| Defendant. | Courtroom:  Devitt Courtroom |
| | Time Commenced:  10:17 a.m. / 12:49 p.m. |
| | Time Concluded:  12:13 p.m. / 1:29 p.m. |
| | Time in Court:  2 hours 36 minutes |

X **PRELIMINARY HEARING**         X **DETENTION HEARING**
Time in Court Prelim/Detention:   1 hour 18 minutes/1 hour 18 minutes

APPEARANCES:

  Plaintiff: Daniel Bobier and Joe Thompson, Assistant U.S. Attorney
  Defendant:  Arthur Waldon and Charles Hawkins
            X Retained

On    X Complaint

X Probable cause found. Defendant bound over to District Court of Minnesota.

X The Order Setting Conditions Release [7] was previously stayed by Order [13] filed on March 24, 2025.

X After receiving additional evidence and arguments from counsel on the issue of detention, the Court reinstates the previously imposed Order Setting Conditions Release [7] on March 26, 2025.

X The United States Marshal is ORDERED to keep the defendant in custody until notified by the U.S. Probation and Pretrial Services Office that a halfway house bed is available.

X The Government moved to STAY the Order 48 hours      X DENIED.


Additional Information:
Matthew Vogel testified.

                                                          _____ s/*nah*
                                                          Signature of Courtroom Deputy